COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:            01-13-00303-CR

Style:                   Thomas Ford Bland

                         **v** The State of Texas

Date motion filed[*]:    January 9, 2014

Type of motion:          Motion to supplement record

Party filing motion:     Appellant

Document to be filed:    Supplemental reporter's record

Is appeal accelerated? No

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:

        ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑    Other:

Appellant's motion to supplement the record is **granted**. The Court orders the Court Reporter for the 179th Judicial District Court of Harris County to file a supplemental reporter's record containing copies of State's Exhibit Numbers 4, 48, and 49 by **January 26, 2014**.

The Court further orders that Appellant's brief will be due **February 25, 2014**. Due to the delays that have occurred in this case, no further extensions will be granted.

Judge'ssignature: /s/ Justice Michael Massengale
                ☒ Acting individually     ☐ Acting for the Court
Panel consists of _____

Date: January 23, 2014